# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6674 | **DATE** | 10/12/2011 |
| **CASE TITLE** | Brown vs. Abbott Laboratories Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to February 8, 2012 at 10:30 a.m. Phillip Kim's motion for leave to appear pro hac vice on behalf of Rebecca Brown [68] is granted. Defendant shall answer the Second Amended Complaint by October 26, 2011. Class discovery to close January 10, 2012. If the parties disagree about the propriety of class certification they may file cross-memoranda stating their positions by February 1, 2012. We will address the parties' submissions, if any, at the February 8, 2012 status hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|