UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------- x
REBECCA BROWN, individually; as parent and )
guardian of E.C. Brown, a minor; and on behalf of )
all others similarly situated, )
                                                               ) No. 1:10-cv-06674
                  Plaintiff, )
                                             ) Honorable John F. Grady
                - against - )

ABBOTT LABORATORIES, INC., )
                  Defendant. )
---------------------------------------------------------------- x

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rebecca Brown and Defendant Abbott Laboratories, Inc. hereby stipulate to the dismissal of this case with prejudice, each side to bear its own costs.


Respectfully submitted,

December 21, 2011

/s/ Phillip C. Kim
Matthew Thomas Heffner
SUSMAN HEFFNER & HURST LLP
Two First National Plaza, Suite 600
Chicago, IL 60603
(312) 346-3466
mheffner@shhllp.com

Philip C. Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, Suite 3400
New York, NY 10016

5049971v.1

(212) 686-1060
pkim@rosenlegal.com

*Counsel for Plaintiff Rebecca Brown*

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000
wfcavanaugh@pbwt.com

Ivan M. Poullaos
Christopher J. O'Malley
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
ipoullaos@winston.com
comalley@winston.com

*Counsel for Defendant Abbott Laboratories, Inc.*

5049971v.1